AARON D. FORD
  Attorney General
KATHLEEN BRADY (Bar No. 11525)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 Wright Way
Carson City, NV 89711
(775) 684-4605 (phone)
(775) 684-4601 (fax)
kmbrady@ag.nv.gov

*Attorneys for Defendants*
*Susan Jackson, Mary Baker, Lupe Garrison,*
*Eric Christiansen and Tony Corda*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHNNY JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>SUSAN JACKSON; MARY BAKER,<br>LUPE GARRISON, ERIC CHRISTIANSEN,<br>TONY CORDA<br><br>    Defendants. | Case No. 3:21-cv-00004-MMD-WGC<br><br>**ORDER GRANTING**<br>**MOTION FOR EXTENSION OF TIME**<br>**TO FILE RESPONSE TO**<br>**PLAINTIFF'S CIVIL RIGHTS**<br>**COMPLAINT**<br>**(FIRST REQUEST)** |

    Defendants, Susan Jackson, Mary Baker, Lupe Garrison, Eric Christiansen and Tony Corda (collectively, Parole Board Defendants) by and through counsel, Aaron D. Ford, Nevada Attorney General, and Kathleen Brady, Deputy Attorney General hereby submits this Motion for Extension of Time to File a Response to Plaintiff's Civil Rights Complaint. This is Parole Board Defendants' first motion for extension of time to file a response. This Motion is based on Federal Rule of Civil Procedure 6(b)(1)(A) and LR IA 6-1, the following Memorandum of Points and Authorities, and all papers and pleadings on file in this action.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.    ARGUMENT**

    Parole Board Defendants respectfully request a seven (7) day extension of time to file a response to Plaintiff's Civil Rights Complaint, which is currently due August 8, 2021. Counsel for Parole Board Defendants is confronted with numerous competing deadlines and has been ill. However, such obstacles

are currently being resolved and the requested extension of time will afford Parole Board Defendants adequate time to file a response in this matter.

Federal Rule of Civil Procedure 6(b)(1) governs extensions of time and provides as follows:

> When an act may or must be done within a specified time, the court may, for good cause, extend the time: (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires; or (B) on motion made after the time has expired if the party failed to act because of excusable neglect.

Parole Board Defendants' request is timely, and its limited nature will not hinder or prejudice Plaintiff's case but will allow for thorough briefing in response to Plaintiff's Civil Rights Complaint (ECF No. 1-1). The requested seven (7) day extension of time will permit Parole Board Defendants time to adequately research and respond to Plaintiff's Civil Rights Complaint (ECF No. 1-1). Parole Board Defendants assert that the requisite good cause is present to warrant the requested extension of time.

For these reasons, Parole Board Defendants respectfully request a seven (7) day extension of time to file a response to Plaintiff's Civil Rights Complaint, with a new deadline to and including Monday, August 16, 2021.

DATED this 5th day of August, 2021

AARON D. FORD
Attorney General

By: /s/ Kathleen Brady
Kathleen Brady (Bar. No. 11525)
Deputy Attorney General
*Attorneys for Defendants*
*Susan Jackson, Mary Baker, Lupe Garrison,*
*Eric Christiansen and Tony Corda*

IT IS SO ORDERED.

DATED: August 5, 2021.

_____
UNITED STATES MAGISTRATE JUDGE